Filed 1/31/24  P. v. White CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>MICHAEL OTTIS WHITE,<br><br>    Defendant and Appellant. | 2d Crim. No. B326197<br>(Super. Ct. No. 2020031408)<br>(Ventura County) |

Michael Ottis White appeals a judgment following his guilty plea to resisting an executive officer in the performance of duty (Pen. Code, § 69, subd. (a)), and inflicting injury on a spouse (§ 273.5, subd. (a)).  The trial court sentenced him to an aggregate prison term of seven years eight months.

We appointed counsel to represent White on this appeal. After reviewing the record, his counsel filed a brief under *People v. Wende* (1979) 25 Cal.3d 436, stating that she was unable to find any arguable issues to brief.  On November 22, 2023, we notified White that he had 30 days in which to file a supplemental brief raising any issues he wanted us to decide.  He

did not file a supplemental brief.  After review of the record, we conclude there are no arguable issues for this appeal.

DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P. J.


We concur:


YEGAN, J.


BALTODANO, J.

Anthony J. Sabo, Judge

Superior Court County of Ventura

_____

Diane E. Berley, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.